UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GAMETEK LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CROWDSTAR INTERNATIONAL LTD, CROWDSTAR, INC., and CROWDSTAR NETWORK, LLC,<br><br>　　　　　Defendants. | Case No. 3:13-CV-03493-RS<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME FOR CROWDSTAR TO FILE BILL OF COSTS AND MOTION FOR ATTORNEY FEES |

Before the Court is the stipulated request of Plaintiff Gametek LLC n/k/a GT Gaming and Defendants CrowdStar International LTD, CrowdStar, Inc., and CrowdStar Network, LLC ("CrowdStar") to extend the time for CrowdStar to file a bill of costs and motion for attorney fees. Having considered the request and the accompanying declaration,

**THE COURT ORDERS AS FOLLOWS:**

The time for CrowdStar to file a bill of costs and motion for attorney fees is extended to Monday, June 30, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/9/14

_____
The Honorable Richard Seeborg
United States District Judge
Northern District of California