John J. Edmonds (State Bar No. 274200)
jedmonds@cepiplaw.com
Stephen F. Schlather (admitted *pro hac vice*)
sschlather@cepiplaw.com
Shea Palavan (admitted *pro hac vice*)
spalavan@cepiplaw.com
COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
1851 East First Street, Suite 900
Santa Ana, California 92705
Telephone: (951) 708-1237
Facsimile: (951) 824-7901

Attorneys for Plaintiff,
**GAMETEK LLC**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GAMETEK LLC, <br><br> Plaintiff, <br><br> v. <br><br> CROWDSTAR INTERNATIONAL LTD, CROWDSTAR, INC., and CROWDSTAR NETWORK, LLC, <br><br> Defendants. | Case No.: 3:13-cv-03493-RS <br><br> ~~[PROPOSED]~~ **ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR PLAINTIFF'S RESPONSE (AND DEFENDANTS' REPLY) REGARDING DEFENDANTS' MOTION FOR ATTORNEY'S FEES** |

Before the Court is the stipulated request of Plaintiff, GT Gaming LLC (f/k/a Gametek LLC), and Defendants, Crowdstar International Ltd, Crowdstar, Inc., and Crowdstar Network, LLC ("Crowdstar"), to extend the deadline for Plaintiff's response to Defendants' Motion for Attorney's Fees, the Honorable Richard Seeborg presiding.

Having considered the request, accompanying declaration, and for good cause shown,

**THE COURT ORDERS AS FOLLOWS:**

The parties' stipulated request is hereby **GRANTED**.  The deadline for Plaintiff's Response to Crowdstar's Motion for Attorney's Fees is hereby extended from July 14, 2014 to July 21, 2014, the deadline for Defendants' Reply is hereby extended from July 21, 2014 to August 4, 2014.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: 7/11/14

The Honorable Richard Seeborg
United States District Judge
Northern District of California